No. 514. SANTOS ET AL. *v.* SANTOS ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided February 14, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. José E. Benedicto* for petitioner. *Mr. Eugenio Benítez Castaño* for respondent.

---

No. 226. THE PEOPLE *v.* BRASCHI.—Appeal from the District Court of Guayama. Decided February 15, 1910. Judgment affirmed. *Mr. José C. Ramos* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 221. THE PEOPLE *v.* REYES.—Appeal from the District Court of Arecibo. Decided February 16, 1910. Judgment affirmed. *Mr. Salvador Picornell* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 228. THE PEOPLE *v.* SANTIAGO.—Appeal from the District Court of Guayama. Decided February 16, 1910. Judgment affirmed. *Mr. Luis Capó* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 481. ESTATE OF MORALES *v.* KIECKOEFER ET AL.—Appeal from the District Court of San Juan. Appellant's motion that the dismissal of the appeal be reconsidered. Decided February 24, 1910. Motion overruled. *Mr. Manuel F. Rossy* for petitioner. *Mr. Cayetano Coll y Cuchí* for respondent.